FILED: 12/14/2015 4:39:51 PM
SHERRI ADELSTEIN
Denton County District Clerk
By: Elizabeth Jones, Deputy

NO. <u>14-04122-211</u>

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | § <br>§ <br>§ | IN THE DISTRICT COURT |
| SUNEETHA MALLELA<br>AND<br>HARI KRISHNA MALLELA | § <br>§ <br>§ <br>§ <br>§ | **442nd** <del>211TH</del> JUDICIAL DISTRICT |
| AND IN THE INTEREST OF<br>A.P.M. AND A.S.M., CHILDREN | § <br>§ | DENTON COUNTY, TEXAS |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/15/2015 8:48:28 AM
DEBRA SPISAK
Clerk

## NOTICE OF APPEAL

Respondent, Hari Mallela, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption as reflected in the Enforcement Order being appealed, but this matter was transferred from the 211th Judicial District Court to the 442nd Judicial District Court of Denton County, Texas.

The judgment or order appealed from was signed on September 15, 2015.

Hari Mallela desires to appeal the enforcement order signed by the trial court on that date as to each and every finding of contempt by the Respondent made by the Court in its order ; the punishments meted out by the Court for each contemptuous act allegedly committed by the Respondent, the acts that the Respondent must perform in order to comply with the suspension provisions contained in the enforcement order, the attorney's fees found by the Court to be reasonable and necessary and the division of the proceeds between the parties of the funds contained in the Registry of the Court on the date of the enforcement order.

This appeal is being taken to the Second District Court of Appeals in Fort Worth, Texas.

This notice is being filed by Hari Mallela, Respondent.

Respectfully submitted,

Khaleel & Associates, P.C.

By:_____
    R. Keith Walker
    Texas Bar No. 20721500
    Email: kwalkerlaw@aol.com
    Prosperity Bank Bldg.
    9330 LBJ Frwy., Ste 900
    Dallas, TX 75243
    Tel: 469-330-8630
    Fx: 469-330-8354
    Sajeel S. Khaleel
    State Bar No. 24036899
    Email: skhaleel@khaleellaw.com
    Prosperity Bank Bldg.
    9330 LBJ Frwy., Ste 900
    Dallas, TX 75243
    Ph: 972-808-0777
    Fx: 972-793-8287
    Attorneys for Respondent

## CERTIFICATE OF SERVICE

I certify that on December 14, 2015 at 4:30 P.M. a true and correct copy of Respondent's Notice of Appeal was served on Chad Elsey electronically at Chad@elseylaw.com, and the electronic transmission was reported as complete.

_____
R. Keith Walker and Sajeel S. Khaleel
Email: skhaleel@khaleellaw.com
Attorneys for Respondent